# IN THEE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V;                                    CIVIL ACTION NO. 3:07cv405-MHT

STATE OF ALABAMA
ALABAMA DEPT. OF REVENUE
CHAMBERS COUNTY
    Defendants

## MOTION TO SHOW CAUSE

COMES NOW, THE PLAINTIFF, GENE COGGINS, WITH THIS MOTION TO SHOW CAUSE, WHY ALL OF THE ABOVE DEFENDANTS, ATTORNEYS, CLERKS, AND JUDGES INVOLVED IN THE ON GOING CASE WITH THEIR ILLLEGAL ACTION SHOULD NOT BE PUNISHED FOR THEIR INVOLVEMENT.IN THE ILLEGAL ACTION AGAINST ME, THESE ISSUES NEEDS TO BE REFERRED TO THE OFFICE OF THE UNITED STATES ATTORNEY GENERAL, AS WELL AS DISBARMENT PROCEEDINGS FILED WITH THE ALABAMA STATE BAR ASSOCIATION. ... .

UNDER JUDGMENT, THAT I HAVE A RIGHT TO ;

1. A SECURITY BOND OF ONE MILLION DOLLARS FOR EVERY ONE INVOLVED.
2. A LIEN PLACED AGAINST EVERYONE FOR ALL REAL AND PERSONAL PROPERTY OWNED.

01.

3.  A WRITTEN APOLOGY TO ME FOR THEIR ILLEGAL INVOLVEMENT

4.  ALL FORMS OF COURT RECORDS INVOLVED IN THIS CASE REMOVED FROM MY RECORDS, AND NEVER BROUGHT UP AGAIN..

5.  TRYING EVERY ILLEGAL ACTION TO AVOID FINAL SETTLEMENT OF THIS CASE HAS DEPRIVED, COST, ME ULTIMATELY A FINANCIAL IMPAIRMENT IN PROPERTY, LIFE, LIBERTY, AND PRE-SUIT OF HAPPINESS.. U. S. V; Dyer C. A. N. J. 533, F. 2d, 112,115.

THE TERM **FINAL JUDGMENT**, IS CONSIDERED ONLY IF IT DETERMINES THE RIGHTS OF THE PARTIES AND DISPOSES OF **ALL ISSUES** INVOLVED SO THAT NO FUTURE ACTION BY THE COURT WILL BE NECESSARY IN ORDER TO SETTLE THE ENTIRE CONTROVERSY, THAT LEAVES NOTHING TO BE EXECUTED BUT TO ENFORCE THE EXECUTION OF THE TOTAL JUDGMENT AS DETERMINED.

*[signature]*
GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863W