# IN THEE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT, EASTERN DIVISION
# AT: MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V;                                       CIVIL ACTION NO. 3:07cv405-MHT

STATE OF ALABAMA
ALABAMA DEPT. OF REVENUE
CHAMBERS COUNTY
    Defendants

## MOTION TO USE THE APPENDIX SYSTEM

COMES NOW, THE PLAINTIFF, GENE COGGINS, ELECTS TO USE THE APPENDIX SYSTEM.. ACCORDING TO AND IN PURSUANT TO RULE 34 (A)..

I DO NOT DESIRE ORAL ARGUMENT, FOR THE ISSUES ARE ESTABLISHED LAWS.

*Gene Coggins*
GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863