IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS,           )<br>                        )<br>    Plaintiff,        )<br>                        )<br>    v.                  )<br>                        )<br>STATE OF ALABAMA, ALABAMA )<br>DEPARTMENT OF REVENUE,  )<br>and CHAMBERS COUNTY,    )<br>                        )<br>    Defendants.         ) | CIVIL ACTION NO.<br>   3:07cv405-MHT |

### ORDER

It is ORDERED that the motion to show cause (Doc. No. 3) and the motion to use appendix system (Doc. No. 4) are denied.

DONE, this the 15th day of May, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE