IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS,  )  <br>  )  <br>   Plaintiff,  )  <br>  )    CIVIL ACTION NO.<br>   v.  )    3:07cv405-MHT<br>  )  <br> STATE OF ALABAMA, et al.,  )  <br>  )  <br>   Defendants.  )  | |

### ORDER

It is ORDERED that plaintiff's application to proceed in forma pauperis on appeal, filed June 12, 2007, (Doc. No. 12) is denied for the reasons set forth in this court's order entered on June 1, 2007, (Doc. No. 11).

DONE, this the 15th day of June, 2007.

  /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**