# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT, EASTERN DIVISION, AT: MONTGOMERY, ALABAMA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
      Plainttiff
V;                                             CIVIL ACTION NO. 3:07-CV- 405

STATE OF ALABAMA
ALABAMA DEPT OF REVENUE
CHAMBERS COUNTY.
            Defendant

## MOTION TO REMOVE ALL ORDER AND RECOMMENDATIONS, MADE IN THIS CASE BY ANY MAGISTRATE JUDGE

COMES NOW, THE PLAINTIFF GENE COGGINS WITH THIS MOTION TO REMOVE ALL ORDERS AND RECOMMENDATIONS MADE IN THIS ABOVE CASE, BY ANY MAGISTRATE JUDGE. TO BE HEARD ONLY BEFORE A DISTRICT JUDGE AS GIVEN IN, 9 Edmunds Cyclopedia of Federal Procedure 3919. FOR A MAGISTRATE JUDGE CAN BE APPOINTED BY THE FEDERAL DISTRICT JUDGE OR A UNITED STATES COMMISSION, TO HEAR MINOR CASES ONLY, AND THIS APPEAL IS BASED UPON GUARANTEED CONSTITUTION RIGHTS THAT ARE MAJOR COMPLAINTS AND MUST BE ADDRESSED ONLY AS SUCH .MY ORIGINAL COMPLAINT REQUESTED ONLY A DISTRICT JUDGE ONLY, ANY OTHER ATTEMPTS TO DESTROY MY CONSTITUTION RIGHTS ARE ILLEGAL.

*Gene Coggins*
GENE COGGINS