IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:07cv405-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to remove (Doc. No. 15) is denied.

DONE, this the 9th day of July, 2007.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE