IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-12593-I

GENE COGGINS,

Plaintiff-Appellant,

versus

STATE OF ALABAMA,
ALABAMA DEPARTMENT OF REVENUE, et al.,

Defendants-Appellees.

————————————————

Appeal from the United States District Court for the
Middle District of Alabama

————————————————

ORDER:

Appellant has filed a motion for leave to proceed on appeal in forma pauperis in order to

appeal the dismissal of his civil rights complaint. In his complaint, appellant alleged that the Circuit

Court of Chambers County denied him his right to appeal a decision made after a tax audit hearing.

He further alleged that he was denied the right to a jury trial and a speedy trial and was brought

before the court without a warrant or indictment.

Appellant sought to challenge a decision of an Alabama state court. "The Rooker-Feldman

doctrine provides that federal courts, other than the United States Supreme Court, have no authority

to review the final judgments of state courts." <u>Siegel v. LePore</u>, 234 F.3d 1163, 1172 (11th

Cir.2000) (en banc). Therefore, appellant's complaint failed to state a claim upon which relief could

be granted. <u>See</u> 28 U.S.C. § 1915(e)(2)(B)(ii). Appellant's motion for leave to proceed on appeal

<u>in forma pauperis</u> is DENIED because the appeal is frivolous. <u>See</u> <u>Pace v. Evans</u>, 709 F.2d 1428

(11th Cir. 1983).


_____
UNITED STATES CIRCUIT JUDGE

2