IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
2007 SEP 11 A 9:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 7 2007
THOMAS K. KAHN
CLERK

No. 07-12593-I

GENE COGGINS,

Plaintiff-Appellant,

versus

STATE OF ALABAMA,
ALABAMA DEPARTMENT OF REVENUE, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before   DUBINA and MARCUS, Circuit Judges.

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order dated July 17, 2007, denying his motion for leave to proceed on appeal in forma pauperis. Upon reconsideration, appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See 28 U.S.C. § 1915(e)(2); Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983); Siegel v. LePore, 234 F.3d 1163, 1172 (11th Cir. 2000) (en banc).